JAMES E. HARPER
Nevada Bar No. 9822
TAYLOR G. SELIM
Nevada Bar No. 12091
**HARPER | SELIM**
1707 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHANIE CHAIRES, as individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY aka MICP, LLC aka EMVLP, LLC; DOE individuals I through XX, and ROE CORPORATIONS I through XX,<br><br>Defendants. | CASE NO.: 2:18-cv-00342-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the Plaintiff, STEPHANIE CHAIRES, by and through her counsel of record, CHATTAH LAW GROUP, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record, HARPER | SELIM, that this matter be dismissed with prejudice; each party to bear their own costs

/ / /

1

and attorney fees.

DATED this 5th day of June 2018.   DATED this 5th day of June 2018.

**CHATTAH LAW GROUP**   **HARPER | SELIM**


  /s/ Sigal Chattah                   /s/ James E. Harper
SIGAL CHATTAH                        JAMES E. HARPER
Nevada Bar No. 8264                  Nevada Bar No. 9822
5875 S. Rainbow Blvd., #204          1707 Village Center Circle, Suite 140
Las Vegas, NV 89118                  Las Vegas, NV 89130
Phone: (702) 360-6200                Phone: (702) 948-9240
Fax: (702) 643-6292                  Fax:   (702) 778-6600
E-Mail: sigal@thegoodlawyerlv.com    Email: eservice@harperselim.com
*Attorneys for Plaintiff*            *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

Dated this ___20___ day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRCIT COURT